FILED _____ LODGED _____
RECEIVED _____ COPY

SEP - 9 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

DANIEL BENSON BILLMAN # 97862-379
Name and Prisoner Number/Alien Registration Number

UNITED STATES PENITENTIARY TUCSON
Place of Confinement

P.O. BOX 24550
Mailing Address

TUCSON, AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

DANIEL BENSON BILLMAN                   )
(Full Name of Petitioner)               )
                                        )
                    Petitioner,         )   CASE NO. CV-22-407-TUC-JCH--LAB
                                        )   _____
                    vs.                 )   (To be supplied by the Clerk)
                                        )
WARDEN GUTIERREZ, USP TUCSON            )
(Name of Warden, Jailor or authorized person )   **PETITION UNDER 28 U.S.C. § 2241**
having custody of Petitioner)           )   **FOR A WRIT OF HABEAS CORPUS**
                                        )   **BY A PERSON IN FEDERAL CUSTODY**
                    Respondent.         )
                                        )

## PETITION

1.  What are you challenging in this petition?
    - ☐ Immigration detention
    - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
    - ☐ Probation, parole or supervised release
    - ☒ Other (explain): SENTENCING ENHANCEMENT THAT IS NOT A CATEGORICAL MATCH RELATED TO AN UNDERLYING STATE CONVICTION

2.  (a) Name and location of the agency or court that made the decision you are challenging: SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

    (b) Case or opinion number: 2:15CR00945-S-001

    (c) Decision made by the agency or court: FOUND PETITIONER GUILTY OF ONE COUNT OF 18 U.S.C. § 2251(a), AND DOUBLED THE MAXIMUM FROM 25 YRS TO 50 YRS PURSUANT TO 18 U.S.C. § 2251(e).

530

(d)  Date of the decision:  ___MARCH 16, 2016_____

3.  Did you appeal the decision to a higher agency or court?     Yes ☐     No ☒

If yes, answer the following:

(a)  First appeal:

    (1)  Name of the agency or court: _____

    (2)  Date you filed: _____

    (3)  Opinion or case number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)  Second appeal:

    (1)  Name of the agency or court: _____

    (2)  Date you filed: _____

    (3)  Opinion or case number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c)  Third appeal:

    (1)  Name of the agency or court: _____

    (2)  Date you filed: _____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.    If you did not appeal the decision to a higher agency or court, explain why you did not: _____
ATTORNEY FAILED TO FILE AN APPEAL, WHICH PETITIONER WANTED FILED. ATTORNEY ALSO DID
NOT FILE AN ANDERS BRIEF.
_____

_____

5.    Other than the appeals listed above, have you filed any other petitions, applications or motions concerning
the issues raised in this petition?          Yes ☒          No ☐

If yes, answer the following:

(a)  Name of the agency or court: SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

(b)  Date you filed: JANUARY 31, 2017

(c)  Opinion or case number: 2:17-CV-53

(d)  Result: WITHDREW MOTION

(e)  Date of result: ENTERED JULY 13, 2017

(f)  Issues raised: COUNSEL FAILED TO FILE A NOTICE OF APPEAL

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.    For this petition, **state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States**. Attach additional pages if you have more than four
grounds. State the <u>facts</u> supporting each ground.

**CAUTION:**  <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available
administrative remedies on each ground on which you request action by the federal court.</u>

GROUND ONE: ACTUAL INNOCENCE OF SENTENCING ENHANCEMENT

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.)

Petitioner pled guilty to one count of 18 U.S.C. § 2251(a) with an enhancement pursuant to § 2251(e) for a prior state (Texas) conviction of attempted sexual assault in 2002. This increased Petitioner's sentencing exposure to a maximum of 50 years (instead of 25), which he ultimately received. At the time, the enhancement could not be challenged as a result of such cases as United States v. Daranda, 405 F. App'x. 834 (5th Cir. 2010). That changed, however, with Courtright v. Von Blanckensee, No. 20-15473, 2022 WL 522106 (9th Cir. Feb. 22, 2022). Because the underlying state statute of conviction is not a categorical match to any of the enumerated offenses under § 2251(e), Petitioner is actually innocent of the sentencing enhancement.

(b) Did you exhaust all available administrative remedies relating to Ground One?    Yes ☐   No ☒

(c) If yes, did you present the issue to:
　　　 ☐ The Board of Immigration Appeals
　　　 ☐ The Office of General Counsel
　　　 ☐ The Parole Commission
　　　 ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
The issue was foreclosed by such cases as Daranda (above), until Courtright v. Von Blanckensee (above).

4

GROUND TWO: _____

_____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Did you exhaust all available administrative remedies relating to Ground Two?      Yes ☐    No ☐

(c)  If yes, did you present the issue to:
      ☐ The Board of Immigration Appeals
      ☐ The Office of General Counsel
      ☐ The Parole Commission
      ☐ Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Two, explain why

_____

_____

_____

_____

_____

_____

_____

5

**GROUND THREE:** _____
_____
_____
_____
_____
_____

    (a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

    (b)  Did you exhaust all available administrative remedies relating to Ground Three?    Yes ☐   No ☐

    (c)  If yes, did you present the issue to:
            ☐ The Board of Immigration Appeals
            ☐ The Office of General Counsel
            ☐ The Parole Commission
            ☐ Other: _____

    (d)  If you did not exhaust all available administrative remedies relating to Ground Three, explain why

_____
_____
_____
_____
_____
_____

**GROUND FOUR:** _____

_____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Did you exhaust all available administrative remedies relating to Ground Four?      Yes ☐     No ☐

(c)  If yes, did you present the issue to:
      ☐ The Board of Immigration Appeals
      ☐ The Office of General Counsel
      ☐ The Parole Commission
      ☐ Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Four, explain why

_____

_____

_____

_____

_____

_____

**Please answer these additional questions about this petition:**

7.    Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☒x       No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255
unless the § 2255 motion is legally inadequate or ineffective.)

If yes, answer the following:

(a)    Have you filed a motion under 28 U.S.C. § 2255?        Yes ☒        No ☐

If yes, answer the following:

(1)  Name of court:  __SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION__

(2)  Case number:  ___2:17-CV-53___

(3)  Opinion or case number:  __2:17-CV-53__

(4)  Result:  __WITHDREW MOTION__

(5)  Date of result:  __ENTERED JULY 13, 2017__

(6)  Issues raised:  __COUNSEL FAILED TO FILE A NOTICE OF APPEAL__
_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)    Explain why the remedy under § 2255 is inadequate or ineffective:  __§ 2241 IS THE APPRO-__
__PRIATE MOTION TO RAISE AN ACTUAL INNOCENCE CLAIM - SENTENCING ENHANCEMENT ISSUE__
__WHICH WAS FORECLOSED BY SUCH CASES AS UNITED STATES v. DARANDA (see above).__
_____
_____

8.    If this case concerns immigration removal proceedings, answer the following:

(a)    Date you were taken into immigration custody: _____

(b)    Date of removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?       Yes ☐       No ☐

(1)  Date you filed: _____

(2)  Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d) Did you file an appeal with the federal court of appeals?        Yes ☐        No ☒

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.    Petitioner asks that the Court grant the following relief: <u>VACATE THE SENTENCE AND RESENTENCE</u>
      <u>PETITIONER WITHOUT THE ENHANCEMENT.</u>

_____

_____

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus
cases.)

      I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of
Habeas Corpus was placed in the prison mailing system on <u>SEPTEMBER 1, 2022</u> (month, day, year).

_____
**Signature of Petitioner**


_____          _____ SEPTEMBER 1, 2022 _____
Signature of attorney, if any           Date

9

DANIEL BENSON BILLMAN
REG. # 97862-379
UNITED STATES PENITENTIARY TUCSON
P.O. BOX 24550
TUCSON, AZ 85734

September 1, 2022

Re: Filing Fee / § 2241

Dear Clerk of Court,

Enclosed, please find my IFP Application, along with my § 2241 Motion.

I have asked the BOP to mail the $5 filing fee for my § 2241, but in the event the payment is delayed, or simply does not arrive, please accept the IFP Application -- which should suffice given the fact that I am financially disadvantaged to the point of indigence.

Thank you for your time and courtesies.

Respectfully,

Daniel Benson Billman