# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Benson Billman,<br><br>    Petitioner,<br><br>v.<br><br>Unknown Gutierrez,<br><br>    Respondent. | NO. CV-22-00407-TUC-JCH (LAB)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 7, 2022, judgment of dismissal is entered. Petitioner to take nothing and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

November 7, 2022

                    s/ SCA
                 By Deputy Clerk